United States District Court for the Fourth (4th) Circuit

Tyrone Hunt,
(See: Haines v. Kerner, 1972)
422 Chesapeake H. Nw #33
W.D. C, 20032; 2/548-3778

                    Plaintiff,

              V.

Superior Court of the D.C, et.al.,
(See: Bivens v. Six Unknown
Narcotics Agents (1972)

                    Defendants',

Civil Action No.

## Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 42, Section 1983, U.S.C, Title 28, Section 1330, U.S.C, Title 28, Section 1331 & 1332, U.S.C, Title 28, Section 1925, U.S.C.

2. I am a citizen of the D.C.
3. The amount in controversy exceeds $75,000.00 Dollars exclusive of interest and cost.
4. I demand a trial by a jury on all the issues involved.

Case 5:15-cv-00192-BO    Document 1    Filed 04/20/15    Page 1 of 4

Statement of the Facts of the Case
Memorandum of law

1. The Plaintiff, respectfully states, that the said practice of shackling "juvenile", and adults, by said U.S. Marshall, within the Superior Court to the D.C., to get to the present has always been in violation the Eighth (8th) and Thirteenth (13th) amendment Rights to the U.S. Constitution [1616] [1775]. (U.S. Constitution attached)!

Action to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

Comes now Tyrone that the Plaintiff, are through Holmes v. Farley, 1973 and respectfully move the Honorable, U.S. Dist. Court the Fourth (4th) Circuit for leave to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C., for the following reasons:

1. The Plaintiff, respectfully states that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing complaint, and that said Plaintiff, is declared and permitted to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

Memorandum of Law

1. See: Title 28, Section 1915, U.S.C.
   See: The American College Dictionary
   meaning to Frivolous, malicious!
   purpose!
   See: Black's Law Dictionary - (2005)
   See:

Relief

1. The Plaintiff seeks the permanent elimination and abandonment to all practices of the said shackles, including all representatives within the region/unit of the D.C. The Plaintiff seeks five (5) million Dollars in punitive and monetary damages against said defendants, etal.

Affidavit to Poverty,
pursuant to Title 28,
Section 1915, U.S.C.

I, Tyrone Huff, the Plaintiff, and through Haines v. Kerner, 1972 and respectfully states that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the relief that I am seeking.

(4)

<u>Certification of Service</u>

I, Tyrone Hurt, the Plaintiff, am through Haines v. [...], 1972, and respectfully state that I have upon this 10th day of April, 15, have sent the foregoing complaint to the U.S. Dist. Ct. for the Eastern (4th) Cir., to make service upon the atty. for the Defendants, et al.

Respectfully [...]
Tyrone Hurt
(Plaintiff, Pro-se)
Haines v. Kerner
(1972)